IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00537-BNB

BRIAN OLDS,

    Plaintiff,

v.

RAY ESSLINGER, In his Individual Capacity,
SEAN CHANDLER, In his Individual Capacity,
TERRY HAASE, In his Individual Capacity,
DALE CAVENDER, In his Individual Capacity,
CONNOLLY'S TOWING, INC.,
LISA CONNOLLY, and
JOHN CONNOLLY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 5 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Brian Olds, a resident of Denver, Colorado, filed the instant action on March 7, 2008. Magistrate Judge Boyd N. Boland entered an order on March 17, 2008, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file his claims on a Court-approved Complaint form. Mr. Olds was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

Although Plaintiff failed to comply within the time allowed, on April 22, 2008, Magistrate Judge Boland allowed Plaintiff an additional thirty days to file his claims on a Court-approved form. Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency within the time allowed.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00537-BNB

Brian Olds
1550 Larimer Street, # 504
Denver, CO 80202

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/6/8

GREGORY C. LANGHAM, CLERK

By: _____Angie_____
    Deputy Clerk